UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

Michael Alfred Johnson,   Civ. No. 23-100 (PAM/JFD)

    Plaintiff,

v.   **ORDER**

Office of the Hennepin County
Public Defender,

    Defendant.

---

This matter is before the Court on the Report and Recommendation ("R&R") of Magistrate Judge John F. Docherty dated March 23, 2023 (Docket No. 9).  The R&R recommends dismissing this matter without prejudice for failure to prosecute.  Plaintiff Michael Johnson did not file any objections to the R&R, and the time to do so is now past.  D. Minn. L.R. 72.2(b)(1).

This Court must review de novo any portion of an R&R to which specific objections are made, but in the absence of objections, the Court reviews the R&R only for clear error.  28 U.S.C. § 636(b)(1); D. Minn. L.R. 72.2(b); see also Grinder v. Gammon, 73 F.3d 793, 795 (8th Cir. 1996) (noting that district court need only review un-objected-to R&R for clear error).  The Court has reviewed the R&R and finds no error, clear or otherwise, in the Magistrate Judge's reasoning.

Accordingly, **IT IS HEREBY ORDERED that**:

1. The R&R (Docket No. 9) is **ADOPTED**; and

2. The Complaint (Docket No. 1) is **DISMISSED without prejudice**.

**LET JUDGMENT BE ENTERED ACCORDINGLY**.

Dated:   April 21, 2023

  s/Paul A. Magnuson
Paul A. Magnuson
United States District Court Judge